MAGISTRATE JUDGE DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA, ) NO: CR06-5569-JPD
  ) 
  Plaintiff, )
  ) ORDER GRANTING STIPULATED
  vs. ) MOTION TO CONTINUE TRIAL
  ) DATE
KAGAALU KIRIFI, )
  )
  Defendant. )
_____ )

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the trial date be continued to November 13, 2006. The resulting period of delay from October 30, 2006, to November 13, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this 25th day of October, 2006.

_____
JAMES P. DONOHUE
UNITED STATES MAGISTRATE JUDGE

06-CR-05569-ORD

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE                    1